IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MANUEL GALLIMORE  * | |
| Petitioner,  * | |
| vs.  * | CASE NO. 4:07-CV-160 (CDL) |
| DARRELL HART, Warden,  * | |
| Respondent.  * | |
| * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 30, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 5th day of March, 2008.

                                                                  S/Clay D. Land
                                                                 CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE